# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                        NO.     4:04CR00278 JLH

JOSE MERCEDES HERNANDEZ-CORTEZ                       DEFENDANT

### ORDER

The Judgment and Commitment Order entered on September 15, 2005 imposed a sentence of 24 months imprisonment, with one (1) year of supervised release to follow. The Court has been advised that defendant has been released from the Bureau of Prisons to begin serving his term of supervised release.

Presently before the Court is defendant's unopposed Petition to Terminate Supervised Release. Docket #35. Good cause having been shown, the motion is granted, and Jose Mercedes Hernandez-Cortez's supervised release is hereby terminated.

IT IS SO ORDERED this 1st day of September, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE